UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANTIAGO RAMOS-PEREZ,
  aka "Fredy De La Santos-Perez,"

    Defendant.

Case No. 2:25-mj-00521-BNW

**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the __29th_ day of July, 2025 at the hour of _4___ p.m., be vacated and continued to Oct. 27, 2025 at the hour of 4:00 PM.

DATED this  18   day of July, 2025.

_____
HONORABLE BRENDA N WEKSLER
UNITED STATES MAGISTRATE JUDGE